JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 12-04465 SJO (VBKx)          **DATE:** October 29, 2012

**TITLE:** Terri Taylor v. Metropolitan Life Insurance Company et al

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                    Not Present
Courtroom Clerk                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                         Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Terri Taylor [9] on 10/23/12. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.

___ : ___

MINUTES FORM 11
CIVIL GEN                    Page 1 of  1           Initials of Preparer    Vpc