JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority  ____
Send      ____
Enter     ____
Closed    ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 12-04465 SJO (VBKx)   **DATE:** October 29, 2012

**TITLE:** Terri Taylor v. Metropolitan Life Insurance Company et al

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Terri Taylor [9] on 10/23/12.  Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.